# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| **SHANE SCOFIELD** <br><br> *Plaintiff* <br><br> v. <br><br> **DEEPER GREEN BENEFIT LLC D/B/A NEIGHBORHOOD SUN; SHARED SOLAR ADVISOR USA, LLC** <br><br> *Defendant* | ) ) ) ) ) ) Civil Action No. 24-cv-00634-DDD ) ) ) ) ) |

## AFFIDAVIT OF SERVICE

I, Laura Guyton, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to SHARED SOLAR ADVISOR USA, LLC in Hennepin County, MN on March 13, 2024 at 10:24 am at 3800 American Boulevard West, Bloomington, MN 55431 by leaving the following documents with Share solar advisor who as Reception at Shared Solar advisors is authorized by appointment or by law to receive service of process for SHARED SOLAR ADVISOR USA, LLC.

Complaint
Additional Description:
I was informed by the receptionist that this company will no longer be at this location at the end of the month.

White Female, est. age 25-34, glasses: N, Black hair, 140 lbs to 160 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=44.8566303698,-93.3283120705
Photograph: See Exhibit 1

I DECLARE, UNDER OATH AND UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF COLORADO, THAT THE FOREGOING IS TRUE AND CORRECT.

| | |
|---|---|
| Executed in __Hennepin County__, __MN__ on __3/13/2024__. | /s/ *Laura Guyton* <br> Signature <br> Laura Guyton <br> +1 (612) 600-6031 |

