# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLORADO
901 19th St, Denver, CO 80294

| | |
|---|---|
| **SHANE SCOFIELD** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-00634 |
| ) | |
| **Deeper Green Benefit LLC d/b/a Neighborhood Sun;** ) | |
| **Shared Solar Advisor USA, LLC** ) | |
| ) | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Stephen Simpkins, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Deeper Green Benefit LLC in Montgomery County, MD on March 14, 2024 at 12:50 pm at 8455 Colesville Road, Silver Spring, MD 20910 by leaving the following documents with J Ravi who as Receptionist is authorized by appointment or by law to receive service of process for Deeper Green Benefit LLC.

Complaint
Additional Description:
Service accepted by receptionist J. Ravi

Middle Eastern Female, est. age 35-44, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=38.9955015,-77.0296946
Photograph: See Exhibit 1

I DECLARE, UNDER OATH AND UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF COLORADO, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in   Montgomery County  ,   MD   on   3/14/2024  .

/s/ *Stephen Simpkins*

Signature
Stephen Simpkins
+1 (267) 456-1508

