UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| SHANE SCOFIELD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEEPER GREEN BENEFIT LLC D/B/A NEIGHBORHOOD SUN and SHARED SOLAR ADVISOR USA, LLC,<br><br>Defendants. | Case No. 1:24-cv-00634-DDD-SBP |

**JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT BY TWENTY-ONE DAYS**

Pursuant to Local Civil Rule 6.1(a), Plaintiff Shane Scofield and Defendants Deeper Green Benefit LLC and Shared Solar Advisors USA, LLC hereby stipulate that Defendants' time to respond to Plaintiff's Class Action Complaint (ECF No. 1) shall be extended by twenty-one (21) days.

Accordingly: (1) Shared Solar Advisor will respond to the Complaint by April 24, 2024, as its current responsive pleading deadline is April 3, 2024; and (2) Deeper Green Benefit will respond to the Complaint by April 25, 2024, as its current responsive pleading deadline is April 4, 2024.[1]

[*Signatures on following page*]

---

[1] Pursuant to Local Civil Rule 6.1(c), a copy of this stipulation shall be served contemporaneously by counsel on their respective clients.

Respectfully submitted this 2nd day of April 2024.

| | |
|---|---|
| /s/ *Anthony Paronich* | /s/ *Matthew A. Keilson* |
| Anthony Paronich | Ryan D. Watstein |
| anthony@paronichlaw.com | ryan@wtlaw.com |
| PARONICH LAW, P.C. | Matthew A. Keilson |
| 350 Lincoln Street, Suite 2400 | mkeilson@wtlaw.com |
| Hingham, MA 02043 | WATSTEIN TEREPKA LLP |
| Telephone: (617) 485-0018 | 1055 Howell Mill Road, 8th Floor |
| Facsimile: (508) 318-8100 | Atlanta, Georgia 30318 |
| | Telephone: (404) 782-0695 |
| Andrew Roman Perrong | |
| Perrong Law LLC | *Attorneys for Defendants Deeper Green* |
| 2657 Mount Carmel Avenue | *Benefit LLC d/b/a Neighborhood Sun and* |
| Glenside, Pennsylvania 19038 | *Shared Solar Advisors USA, LLC* |
| Telephone: 215-225-5529 (CALL-LAW) | |
| Facsimile: 888-329-0305 | |
| a@perronglaw.com | |

*Attorneys for Plaintiff Shane Scofield*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2024, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Matthew A. Keilson
Matthew A. Keilson