UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

SHANE SCOFIELD, individually and on behalf of all others similarly situated,

Plaintiff,

v.

DEEPER GREEN BENEFIT LLC D/B/A NEIGHBORHOOD SUN and SHARED SOLAR ADVISOR USA, LLC,

Defendants.

Case No. 1:24-cv-00634-DDD-SBP

**JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**

Pursuant to Local Civil Rule 6.1 and Federal Rule of Civil Procedure 6, Plaintiff Shane Scofield and Defendants Deeper Green Benefit LLC and Shared Solar Advisors USA, LLC hereby move to extend Defendants' time to respond to Plaintiff's Class Action Complaint (ECF No. 1) by an additional twenty-one (21) days, through May 15, 2024.[1] The parties state as follows in support.

1. Defendants' current deadlines to respond to the complaint are: (a) April 24, 2024 for Shared Solar Advisor; and (b) April 25, 2024 for Deeper Green Benefit D/B/A Neighborhood Sun. *See* ECF No. 10 (joint stipulation).

2. The parties have been working in good faith to share information to evaluate and facilitate early resolution of this matter. They accordingly move to extend Defendants' deadline

---

[1] Through this request (if granted), Defendant Neighborhood Sun's deadline will technically be extended by only 20 days. Defendants, however, intend to file a single combined response to Plaintiff's Complaint, hence the request for a single extension of 21-days.

to respond to the Complaint to allow them to focus on their resolution efforts and conserve the parties' (and the Court's) resources.

3. This is the parties' first joint motion for an extension of Defendants' deadlines to respond to the Complaint (the parties previously jointly stipulated to an extension pursuant to Local Civil Rule 6.1(a)). The Court has not yet entered any discovery deadlines, so the extension will not impact the overall case schedule. On the contrary, the parties believe that their joint proposal will streamline this matter by possibly leading to early resolution.

4. This request is made in good faith and not for purposes of delay. It's also timely because Defendants' current deadlines to respond to the Complaint have not yet passed.

5. Given the above, good cause exists to grant the parties' joint motion. *See Cooper v. Shelter Gen. Ins. Co.*, No. 21-CV-02957-REB-NYW, 2022 WL 1123069, at *2 (D. Colo. Apr. 14, 2022) ("[C]ourts generally grant extensions upon the showing of good cause when sought before the deadline at issue expires.") (citing *Rachel v. Troutt*, 820 F.3d 390, 394 (10th Cir. 2016)).

The parties accordingly request that Defendants' deadline to respond to the Complaint be extended through May 15, 2024.

[*Signatures Appear on Following Page*]

Respectfully submitted this 22nd day of April 2024.

| | |
|---|---|
| /s/ *Anthony Paronich* | /s/ *Matthew A. Keilson* |
| Anthony Paronich | Ryan D. Watstein |
| anthony@paronichlaw.com | ryan@wtlaw.com |
| PARONICH LAW, P.C. | Matthew A. Keilson |
| 350 Lincoln Street, Suite 2400 | mkeilson@wtlaw.com |
| Hingham, MA 02043 | WATSTEIN TEREPKA LLP |
| Telephone:  (617) 485-0018 | 1055 Howell Mill Road, 8th Floor |
| Facsimile:  (508) 318-8100 | Atlanta, Georgia 30318 |
| | Telephone:  (404) 782-0695 |
| Andrew Roman Perrong | |
| Perrong Law LLC | *Attorneys for Defendants Deeper Green* |
| 2657 Mount Carmel Avenue | *Benefit LLC d/b/a Neighborhood Sun and* |
| Glenside, Pennsylvania 19038 | *Shared Solar Advisors USA, LLC* |
| Telephone: 215-225-5529 (CALL-LAW) | |
| Facsimile: 888-329-0305 | |
| a@perronglaw.com | |

*Attorneys for Plaintiff Shane Scofield*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2024, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  I also certify that I caused the foregoing motion to be served on my client contemporaneously with filing this motion, in accordance with L.R. 6.1(c).

/s/ Matthew A. Keilson
Matthew A. Keilson