UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| SHANE SCOFIELD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEEPER GREEN BENEFIT LLC D/B/A NEIGHBORHOOD SUN and SHARED SOLAR ADVISOR USA, LLC,<br><br>Defendants. | Case No. 1:24-cv-00634-DDD-SBP |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**

This matter came before the Court upon the parties' Joint Motion to extend Defendants' Time to Respond to Plaintiff's Class Action Complaint.

Having reviewed the Motion, and being fully advised in the premises, the Court hereby GRANTS the Motion for good cause shown (the facilitation of early settlement discussion).

IT IS HEREBY ORDERED that Defendants shall have until May 15, 2024 to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: April____, 2024

_____
Hon. Susan Prose
United States Magistrate Judge