# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| SHANE SCOFIELD, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DEEPER GREEN BENEFIT LLC D/B/A NEIGHBORHOOD SUN and SHARED SOLAR ADVISOR USA, LLC, <br><br> Defendants. | Case No. 1:24-cv-00634-DDD-SBP |

## NOTICE OF SETTLEMENT

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file a notice of dismissal or motion to amend the complaint within 60 days.

Dated: May 6, 2024

*/s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed classes*

1