UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

SHANE SCOFIELD, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

DEEPER GREEN BENEFIT LLC D/B/A NEIGHBORHOOD SUN and SHARED SOLAR ADVISOR USA, LLC,

    Defendants.

Case No. 1:24-cv-00634-DDD-SBP

## UNOPPOSED MOTION TO AMEND THE COMPLAINT

The plaintiff files motion to amend the complaint to add claims against a new defendant, Jaime L'Heureux. Mr. L'Heuruex provided the robocalling services that are at issue in the case and good cause exists to amend the complaint to include claims against him because (a) the other parties have resolved their claims and (b) there is no schedule yet in the case. A copy of the Amended Complaint is attached as Exhibit 1.

Counsel for the Plaintiff has conferred with counsel for the Defendants, who do not oppose the relief sought by this motion.

Dated: June 28, 2024

*/s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100

1

anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed classes*