# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| SHANE SCOFIELD, individually and on behalf of all others similarly situated, | Case No. **1:24-CV-00634-DDD-SBP** |
| Plaintiff, | |
| v. | |
| JAIME L'HEUREUX | |
| Defendant. | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Respectfully submitted,

*/s/ Anthony I. Paronich*
PARONICH LAW, P.C.
Anthony I. Paronich
350 Lincoln St., Suite 2400
Hingham, MA 02043
617-485-0018
anthony@paronichlaw.com

*Attorneys for Plaintiff and proposed class*